UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
DANIEL PONCE, *on behalf of himself, FLSA* :
*Collective Plaintiffs, and the Class*, :
:
                     Plaintiff, :     23-CV-10678 (VSB)
:
      -against- :     **ORDER**
:
SPRING NATURAL CORP. d/b/a THYME & :
TONIC f/d/b/a SPRING NATURAL :
KITCHEN, TASTEBUD MARKET LLC d/b/a :
MODERN BREAD AND BAGEL, ORLY :
GOTTESMAN, and JOSH BORENSTEIN, :
:
                 Defendants. :
---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I am in receipt of the parties' proposed case management plan and joint letter filed on July 3, 2024. (Doc. 29.) The proposed case management plan does not include definite dates for questions 9 and 10 and will therefore likely be rejected in its current form. The parties are directed to submit a revised case management plan, including proposed dates for questions 9 and 10, on or before July 12, 2024.

SO ORDERED.

Dated:    July 9, 2024
            New York, New York

                                                            Vernon S. Broderick
                                                             United States District Judge