UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHANTELLE LEBRON, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

               Plaintiff,

v.

INDUSTRIOUS NATIONAL MANAGEMENT COMPANY LLC and INDUSTRIOUS STAFFING COMPANY LLC,

               Defendants.

Case No.: 1:23-cv-10678

**RULE 68 JUDGMENT**

    **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Industrious National Management Company LLC and Industrious Staffing Company LLC (collectively "Defendants"), having offered to allow Plaintiff Shantelle Lebron ("Plaintiff") to take a judgment against them, in the sum of forty-eight thousand dollars ($48,000.00), inclusive of attorneys' fees and costs. This Offer of Judgment is made to resolve all of Plaintiff's claims against Defendants in the above-captioned matter, including all claims Plaintiff asserts for actual damages, statutory damages, costs, expenses, attorneys' fees, pre-judgment interest and/or other damages in connection with the above matter, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated August 23, 2024 and filed as Exhibit A to Docket Number 35;

    **WHEREAS**, on August 27, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 35);

    It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Shantelle Lebron, in the sum of $48,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated August 23, 2024 and filed as Exhibit A to Docket Number 35. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: __August 28__, 2024
      New York, New York

_____
Vernon S. Broderick
United States District Judge